```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #FL 0014255
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    EMILIANO MENDOZA-SANCHEZ
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    ) No. CR-S-08-0131-FCD
                                 )
13              Plaintiff,       ) STIPULATION AND ORDER CONTINUING
                                 ) STATUS CONFERENCE
14       v.                      )
                                 )
15  EMILIANO MENDOZA-SANCHEZ     ) Date: August 25, 2008
                                 ) Time: 10:00 a.m.
16              Defendant.       ) Judge: Frank C. Damrell, Jr.
    _____)
17
```

18      It is hereby stipulated between the parties, Daniel S. McConkie,

19 Assistant United States Attorney, attorney for plaintiff, and Lauren D.

20 Cusick, Assistant Federal Defender, attorney for defendant, EMILIANO

21 MENDOZA-SANCHEZ. that the status conference hearing date of

22 August 4, 2008 be vacated and continued to August 25, 2008 at 10:00

23 a.m.

24      This continuance is requested as negotiations are continuing

25 between the parties and additional time is needed for defense

26 investigation.

27      It is further stipulated that the period from August 4, 2008

28 through and including August 25, 2008 should be excluded pursuant to

1 | 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2 | counsel and defense preparation.
3 | Dated:  July 31, 2008                    Respectfully submitted,
4 |                                          DANIEL J. BRODERICK
  |                                          Federal Defender
5 |
6 |                                          /s/ Lauren D. Cusick
  |                                          LAUREN D. CUSICK
7 |                                          Assistant Federal Defender
  |                                          Attorney for Defendant
8 |                                          EMILIANO MENDOZA-SANCHEZ
9 |
  | Dated:  July 30, 2008                    MCGREGOR W. SCOTT
10|                                          United States Attorney
11|
  |                                          /s/ Lauren D. Cusick
12|                                          DANIEL S. McCONKIE
  |                                          Assistant U.S. Attorney
13|                                          per telephonic authorization
14|
  |                            **O R D E R**
15|
  | IT IS SO ORDERED
16|
  | Dated: July 31, 2008
17|
18|
19|                            _____
  |                            FRANK C. DAMRELL, JR.
  |                            UNITED STATES DISTRICT JUDGE
20|
21|
22|
23|
24|
25|
26|
27|
28|

Stip and Order                           2