1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #FL 0014255
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   EMILIANO MENDOZA-SANCHEZ

9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,         ) No. CR-S-08-131-FCD
   |                                   )
13 |              Plaintiff,           ) STIPULATION AND ORDER CONTINUING
   |                                   ) STATUS CONFERENCE
14 |       v.                          )
   |                                   )
15 | EMILIANO MENDOZA-SANCHEZ          ) Date: September 8, 2008
   |                                   ) Time: 10:00 a.m.
16 |              Defendant.           ) Judge: Frank C. Damrell, Jr.
   | _____ )

18      It is hereby stipulated between the parties, Daniel S. McConkie,
19 Assistant United States Attorney, attorney for plaintiff, and Lauren D.
20 Cusick, Assistant Federal Defender, attorney for defendant, EMILIANO
21 MENDOZA-SANCHEZ. that the status conference hearing date of
22 August 25, 2008 be vacated and continued to September 8, 2008 at 10:00
23 a.m.
24      This continuance is requested as negotiations are continuing
25 between the parties and additional time is needed for defense
26 investigation.
27      It is further stipulated that the period from August 25, 2008
28 through and including September 8, 2008 should be excluded pursuant to

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  August 21, 2008          Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Lauren D. Cusick
LAUREN D. CUSICK
Assistant Federal Defender
Attorney for Defendant
EMILIANO MENDOZA-SANCHEZ

Dated:  August 21, 2008          MCGREGOR W. SCOTT
United States Attorney

/s/ Lauren D. Cusick
DANIEL S. McCONKIE
Assistant U.S. Attorney
per telephonic authorization

**O R D E R**

IT IS SO ORDERED.

Dated:   August 22, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE