1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #FL 0014255
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   EMILIANO MENDOZA-SANCHEZ
7
8
9              IN THE UNITED STATES DISTRICT COURT
10            FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12 UNITED STATES OF AMERICA,      )  No. CR-S-08-131-FCD
                                  )
13              Plaintiff,        )  STIPULATION AND ORDER CONTINUING
                                  )  STATUS CONFERENCE
14       v.                       )
                                  )
15 EMILIANO MENDOZA-SANCHEZ       )  Date:  October 27, 2008
                                  )  Time:  10:00 a.m.
16              Defendant.        )  Judge: Frank C. Damrell, Jr.
   _____)
17
18      It is hereby stipulated between the parties, Daniel S. McConkie,
19 Assistant United States Attorney, attorney for plaintiff, and Lauren D.
20 Cusick, Assistant Federal Defender, attorney for defendant, EMILIANO
21 MENDOZA-SANCHEZ. that the status conference/change of plea hearing date
22 of October 6, 2008 be vacated and continued to October 27, 2008 at
23 10:00 a.m.
24      This continuance is requested as negotiations are continuing
25 between the parties and additional time is needed for defense
26 investigation.
27      It is further stipulated that the period from October 6, 2008
28 through and including October 27, 2008 should be excluded pursuant to

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  October 1, 2008              Respectfully submitted,

                                                      DANIEL J. BRODERICK
                                                     Federal Defender

                                                     /s/ Lauren D. Cusick
                                                     LAUREN D. CUSICK
                                                     Assistant Federal Defender
                                                     Attorney for Defendant
                                                     EMILIANO MENDOZA-SANCHEZ

Dated:  October 1, 2008              MCGREGOR W. SCOTT
                                                   United States Attorney

                                                   /s/ Lauren D. Cusick for
                                                   DANIEL S. McCONKIE
                                                   Assistant U.S. Attorney
                                                   per telephonic authorization

**O R D E R**

IT IS SO ORDERED.

Dated: October 2, 2008

                                                   FRANK C. DAMRELL, JR.
                                                   UNITED STATES DISTRICT JUDGE