```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #CA 257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    EMILIANO MENDOZA-SANCHEZ
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. CR-S-08-131-FCD
                                   )
13              Plaintiff,         )  STIPULATION AND ORDER CONTINUING
                                   )  STATUS CONFERENCE
14       v.                        )
                                   )
15  EMILIANO MENDOZA-SANCHEZ       )  Date: December 1, 2008
                                   )  Time: 10:00 a.m.
16              Defendant.         )  Judge: Frank C. Damrell, Jr.
    _____ )
17
```

18    It is hereby stipulated between the parties, Daniel S. McConkie,

19 Assistant United States Attorney, attorney for plaintiff, and Lauren D.

20 Cusick, Assistant Federal Defender, attorney for defendant, EMILIANO

21 MENDOZA-SANCHEZ. that the status conference/change of plea hearing date

22 of November 10, 2008 be vacated and continued to December 1, 2008 at

23 10:00 a.m.

24    This continuance is requested as negotiations are continuing

25 between the parties and additional time is needed for defense

26 investigation.

27    It is further stipulated that the period from November 10, 2008

28 through and including December 1, 2008 should be excluded pursuant to

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  November 7, 2008			Respectfully submitted,

						DANIEL J. BRODERICK
						Federal Defender

						/s/ Lauren D. Cusick
						LAUREN D. CUSICK
						Assistant Federal Defender
						Attorney for Defendant
						EMILIANO MENDOZA-SANCHEZ

Dated:  November 7, 2008			MCGREGOR W. SCOTT
						United States Attorney

						/s/ Lauren D. Cusick for
						DANIEL S. McCONKIE
						Assistant U.S. Attorney
						per telephonic authorization

IT IS SO ORDERED.

Dated: November 7, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stip and Order                       2